UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


| | | |
|---|---|---|
| STORR OFFICE ENVIRONMENTS, INC., | ) | |
|       Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
|    v. | ) | **CASE NO. 5:11-CV-411-BO** |
| | ) | |
| OFFICE TRENDS, LLC, | ) | |
|       Defendant. | ) | |

**Jury Verdict .**

This action was tried by a jury with the Honorable Terrence W. Boyle, United States District Judge, presiding, and the jury has rendered a verdict.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff Storr Office Environments, Inc., has NOT established by a preponderance of the evidence that Defendant Office Trends, LLC breached the contract between the parties.

**IT IS FURTHER ORDERED** that the Defendant Office Trends, LLC HAS established by a preponderance of the evidence that the Plaintiff Storr Office Environments, Inc., breached the contract between the parties.  Therefore, Defendant Office Trends, LLC is entitled to recover as damages for breach of contract from Plaintiff Storr Office Environments, Inc., the amount of $200,000.00.

**This Judgment Filed and Entered on March 13, 2013, and Copies To:**

William W. Pollock (via CM/ECF Notice of Electronic Filing)
Amie Carol Sivon (via CM/ECF Notice of Electronic Filing)
Walter L. Tippett, Jr. (via CM/ECF Notice of Electronic Filing)
Joseph H. Nanney, Jr. (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| March 13, 2013 |   /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |